UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| BENNY WRAY PATTERSON,<br><br>    PLAINTIFF<br><br>VS.<br><br>PROGRESSIVE COMMERCIAL CASUALTY COMPANY and UNKNOWN DEFENDANTS,<br><br>    DEFENDANTS | *Electronically Filed*<br>**CASE NO. 1:23CV-81-GNS** |

## NOTICE OF REMOVAL

Comes the Defendant, Progressive Commercial Casualty Company, by counsel, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby file this Notice of Removal. As grounds for removal of this Action, this Defendant states as follows:

1.  On June 1, 2023, the Plaintiff, Benny Wray Patterson, commenced a civil action against the Defendant, Progressive Commercial Casualty Company, designated therein as Civil Action No. 23-CI-00077.

2.  Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all of the process, pleadings, orders, and documents from the State Court Action, which have been filed and served upon the parties, is being filed with this Notice of Removal and is attached hereto as **Exhibit A.**

3.  The Complaint purports to assert a cause of action against this Defendant for personal injury caused by an unknown and allegedly uninsured motorist.

4.  The Defendant, Progressive Commercial Casualty Company was purportedly served by long arm statute with a copy of Plaintiff's Complaint on or about June 1, 2023 and by certified mail on or about June 6, 2023.

5. The Court has jurisdiction over this matter under 28 U.S.C. § 1332(a), because there is complete diversity of citizenship between Plaintiff and Defendant and more than $75,000.00, exclusive of interest and cost, is at stake as set out in Plaintiff's Complaint.

6. The Plaintiff is a natural person, who is now, was at the commencement of this action, and has been at all relevant times, a citizen and resident of the State of Florida. Plaintiff is not now, was not at the commencement of this action, and has not been at any relevant time, a citizen or resident of the State of Kentucky.

7. The Defendant, Progressive Commercial Casualty Company is now, was at the commencement of this action, and has been at all relevant times, a corporation incorporated by, organized, and existing under the laws of the State of Ohio. This Defendant's principal place of business is in the State of Ohio. The Defendant is deemed a resident of the State of Ohio for purposes of jurisdiction under the provisions of 28 U.S.C. § 1332(c)(1).

8. There is complete diversity of citizenship between the Plaintiff and Defendant, and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

9. This is an action over which the District Courts of the United States has jurisdiction pursuant to 28 U.S.C. §1332, therefore, the action is removable to the District Court pursuant to 28 U.S.C. §1441(a).

10. This District and Division constitute the appropriate forum to which this action should be removed. The Hart Circuit Court is within the Louisville Division. *See* LR 3.1(a)(2)(B).

11. Venue is proper pursuant to 28 U.S.C. §1391, in that a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated in this District.

12. This Notice of Removal has been filed within 30 days of the date that the Defendant accepted service of a copy of an amended pleading, motion, order, or other paper form which it was first ascertained that the case is one which is removable. Removal is therefore timely in accordance with 28 U.S.C. §1446(b)(3).

13. Pursuant to 28 U.S.C. §1446, written notice of the filing of this Notice of Removal will be promptly given to the adverse parties, and a copy of this Notice of Removal will be filed with the Hart Circuit Clerk. A copy of the notice to the Hart Circuit Clerk is attached hereto as **Exhibit B.**

14. Accordingly, this action is hereby removed from the Hart Circuit Court to the United States District Court for the Western District of Kentucky, at Louisville.

    Respectfully submitted,

    WALTERS RICHARDSON, PLLC

    */s/ Melissa Thompson Richardson*
    Melissa Thompson Richardson
    771 Corporate Drive, Suite 900
    Lexington, Kentucky 40503
    Telephone: (859) 219-9090
    Facsimile: (859) 219-9292
    Email: Melissa@WaltersRichardson.com
    COUNSEL FOR DEFENDANT,
    PROGRESSIVE COMMERCIAL CASUALTY COMPANY

## CERTIFICATE OF SERVICE

On June 22, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

              */s/ Melissa Thompson Richardson*
              COUNSEL FOR DEFENDANT,
              PROGRESSIVE COMMERCIAL CASUALTY COMPANY

2017.007941C:\NRPortbl\Golden_and_Walters\JULIE\2057257_1.docx